### Russell Lee TRUMBULL v. STATE.
#### No. 25320.

Court of Criminal Appeals of Texas.
May 9, 1951.

No attorney, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is robbery; the punishment, fifteen years in the penitentiary.

Accompanying the record is an affidavit in proper form executed by appellant requesting the dismissal of the appeal.

The request is granted, and the appeal is dismissed.

### VASQUEZ v. STATE.
#### No. 25241.

Court of Criminal Appeals of Texas.
May 9, 1951.

BEAUCHAMP, Judge.

The state has filed an affidavit showing that the appellant in this case died in the County Jail of Harris County, Texas, at 8:45 A.M. On the 18th day of April, 1951.

Wherefore, all matters presented by this appeal have now become moot. The original opinion delivered by this court on April 18, 1951 is now withdrawn and the appeal is dismissed.